UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MALINKA TACUMA WADE MOYE,

    Petitioner,

vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

No. C 12-0968 PJH (PR)

**ORDER OF DISMISSAL**

This is a habeas case filed pro se by a state prisoner. The clerk's in forma pauperis deficiency notice was returned as undeliverable with a notation that petitioner was "NIC" (not in custody). Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: May 29, 2012.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\HC.12\MOYE0968.DSM.wpd